# EXHIBIT A

MISSION UPDATE: THE COUNTDOWN IS OVER — SHOP METHOD 360 ANC



# Terms of service

The website https://www.skullcandy.com/ ("Website") is owned and operated by Skullcandy, Inc., 6301 North Landmark Drive, Park City, Utah 84098, USA ("Skullcandy", "we" or "us"). These Terms of Use set out the terms between you and Skullcandy under which you may access our Website. These Terms of Use apply to all users of, and visitors to, our Website. Use of our Website includes accessing, browsing, or registering to use our Website. We may revise these Terms of Use at any time by amending this page without notice. We recommend to check this page from time to time to take notice of any changes we made, as they are binding on you.

**USE OF SITE**

Skullcandy is the owner or the licensee of all intellectual property rights pertaining to the Website, and the materials published on it. Subject to these Terms of Use, Skullcandy hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Website by displaying it on your internet browser only for the purpose of shopping for personal items sold on the Website and not for any commercial use or use on behalf of any third party, except as explicitly permitted by Skullcandy in advance. Any resale of any goods purchased or otherwise obtained via the Website is a violation of this license and hereby prohibited. This includes advertising or resale on third-party sites like eBay, Amazon and buy.com. Any breach of these Terms of Use shall result in the immediate

By using our site you agree to our Cookie Policy. X

distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit this Website or any portion of it unless expressly permitted by Skullcandy in writing. You may not make any commercial use of any of the information provided on the Website or make any use of the Website for the benefit of another business unless explicitly permitted by Skullcandy in advance. Skullcandy reserves the right to refuse service, terminate accounts, and/or cancel orders at its discretion, including, without limitation, if Skullcandy believes that customer conduct violates applicable law or is harmful to Skullcandy's interests. You shall not upload to, distribute, or otherwise publish through this Website any content, information, or other material that (a) violates or infringes the intellectual property rights, copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory, obscene, indecent, pornographic, or could give rise to any civil or criminal liability under applicable law; or (c) includes any bugs, viruses, worms, trap doors, Trojan horses or other harmful code or properties.

## NO RELIANCE ON INFORMATION

Content, including but not limited to product descriptions, blog posts, and user reviews, provided on this Website is solely provided for informational purposes. It is your sole responsibility to obtain (health) professional or specialist advice before taking, or refraining from, any action on the basis of the content on our Website. Submissions or opinions expressed on this Website are that of the individual expressing such submission or opinion and may not reflect the opinions of Skullcandy. Although we make reasonable efforts to update the information on our Website, we make no representations, warranties or guarantees, whether express or implied, that the content on our site is accurate, complete or up-to-date.

## YOUR ACCOUNT AND PASSWORD

Skullcandy may assign you a password and account identification to enable you to access and use certain portions of this Website. Each time you use a password or identification, you will be deemed to be authorized to access and use the Website in a manner consistent with these Terms of Use, and Skullcandy has no obligation to investigate the authorization or source of any such access or use of the Website. Use of a password, coupon code or

By using our site you agree to our Cookie Policy.

is expressly prohibited. This includes sharing, forwarding or otherwise distributing this information in a public venue. **YOU WILL BE SOLELY RESPONSIBLE FOR ALL ACCESS TO AND USE OF THIS WEBSITE BY ANYONE USING THE PASSWORD AND IDENTIFICATION ORIGINALLY ASSIGNED TO YOU WHETHER OR NOT SUCH ACCESS TO AND USE OF THIS WEBSITE IS ACTUALLY AUTHORIZED BY YOU, INCLUDING WITHOUT LIMITATION, ALL COMMUNICATIONS AND TRANSMISSIONS AND ALL OBLIGATIONS (INCLUDING WITHOUT LIMITATION FINANCIAL OBLIGATIONS) INCURRED THROUGH SUCH ACCESS OR USE.** You are solely responsible for protecting the security and confidentiality of the password and identification assigned to you. You shall immediately notify Skullcandy of any unauthorized use of your password or identification or any other breach or threatened breach of this Website's security.

**REVIEWS AND COMMENTS**

Except as otherwise provided elsewhere in these Terms of Use or on the Website, anything that you submit or post to the Website and/or provide Skullcandy, including without limitation, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, "Submissions") is and will be treated as non-confidential and non-proprietary. When you upload or post Submissions to our Website, you agree that all Submissions shall automatically become the sole and exclusive property of Skullcandy and shall not be returned to you. By uploading or posting Submissions, you grant to Skullcandy a royalty-free, worldwide, perpetual, irrevocable and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. In addition to the rights applicable to any Submission, when you post comments or reviews to the Website, you also grant Skullcandy the right to use the name that you submit with any review, comment, or other content, if any, in connection with such review, comment, or other content. You represent and warrant that you own or otherwise control all of the rights pertaining to the Submissions, reviews, comments and other content that you post on this Website and that use of your Submissions, reviews, comments, or other content by Skullcandy will not infringe upon or violate the rights of any third party. You shall be liable to us and shall

By using our site you agree to our Cookie Policy.

damages, losses, costs, charges and expenses (including, without limitation, consequential losses, loss of profit and loss of reputation and all interest, penalties and legal and other professional costs and expenses) that we may suffer or incur in connection with, or arising (directly or indirectly) from, any breach in this respect. You shall not use a false e-mail address, pretend to be someone other than yourself or otherwise mislead Skullcandy or third parties as to the origin of any Submissions or content. Skullcandy may, but shall not be obligated to, remove or edit any Submissions (including comments or reviews) for any reason.

**DISCLAIMER OF WARRANTIES**

EXCEPT FOR THE GENERAL WARRANTY, ALL MATERIALS AND SERVICES ON THIS SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR THE WARRANTY OF NON-INFRINGEMENT. WITHOUT LIMITING THE FOREGOING, WE MAKE NO WARRANTY THAT (A) THE SERVICES AND MATERIALS WILL MEET YOUR REQUIREMENTS, (B) THE SERVICES AND MATERIALS WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, (C) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR MATERIALS WILL BE EFFECTIVE, ACCURATE OR RELIABLE, OR (D) THE QUALITY OF ANY PRODUCTS, SERVICES, OR INFORMATION PURCHASED OR OBTAINED BY YOU FROM THE SITE FROM US OR OUR AFFILIATES WILL MEET YOUR EXPECTATIONS OR BE FREE FROM MISTAKES, ERRORS OR DEFECTS.

THIS SITE COULD INCLUDE TECHNICAL OR OTHER MISTAKES, INACCURACIES OR TYPOGRAPHICAL ERRORS. WE MAY MAKE CHANGES TO THE MATERIALS AND SERVICES AT THIS SITE, INCLUDING THE PRICES AND DESCRIPTIONS OF ANY PRODUCTS LISTED HEREIN, AT ANY TIME WITHOUT NOTICE. THE MATERIALS OR SERVICES AT THIS SITE MAY BE OUT OF DATE, AND WE MAKE NO COMMITMENT TO UPDATE SUCH MATERIALS OR SERVICES.

Through your use of the site, you may have the opportunities to engage in commercial transactions with other users and vendors. You acknowledge

By using our site you agree to our Cookie Policy.

party, including, but not limited to the purchase terms, payment terms, warranties, guarantees, maintenance and delivery terms relating to such transactions, are agreed to solely between the seller or purchaser of such merchandise and services and you. WE MAKE NO WARRANTY REGARDING ANY TRANSACTIONS EXECUTED THROUGH, OR IN CONNECTION WITH THIS SITE, AND YOU UNDERSTAND AND AGREE THAT SUCH TRANSACTIONS ARE CONDUCTED ENTIRELY AT YOUR OWN RISK. ANY WARRANTY THAT IS PROVIDED IN CONNECTION WITH ANY PRODUCTS, SERVICES, MATERIALS, OR INFORMATION AVAILABLE ON OR THROUGH THIS SITE FROM A THIRD PARTY IS PROVIDED SOLELY BY SUCH THIRD PARTY, AND NOT BY US OR ANY OTHER OF OUR AFFILIATES. SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

**LIMITATION OF LIABILITY**

IN NO EVENT SHALL SKULLCANDY, INC. OR OUR AFFILIATES BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DAMAGES WHATSOEVER ARISING OUT OF THE USE OF, OR INABILITY TO USE, THE WEB SITE, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER OR NOT WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND ON ANY THEORY OF LIABILITY, ARISING OUT OF OR IN CONNECTION WITH THE USE OF THIS SITE OR OF ANY WEB SITE REFERENCED OR LINKED TO FROM THIS SITE, EVEN IF SKULLCANDY, INC. HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME JURISDICTIONS PROHIBIT THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

FURTHER, WE SHALL NOT BE LIABLE IN ANY WAY FOR THRID PARTY GOODS AND SERVICES OFFERED THROUGH THIS SITE OR FOR ASSISTANCE IN CONDUCTING COMMERCIAL TRANSACTIONS THROUGH THIS SITE, INCLUDING WITHOUT LIMITATION THE PROCESSING OF ORDERS. INDEMNIFICATION UPON A REQUEST BY

By using our site you agree to our Cookie Policy.

AFFILIATES EMPLOYEES, OFFICERS, AND DIRECTORS HARMLESS FROM ALL LIABILITIES, CLAIMS, AND EXPENSES, INCLUDING ATTORNEY'S FEES, THAT ARISE FROM YOUR USE OR MISUSE OF THIS SITE, WHETHER IN CONTRACT, TORT OR STATUTE. WE RESERVE THE RIGHT, AT OUR OWN EXPENSE, TO ASSUME THE EXCLUSIVE DEFENSE AND CONTROL OF ANY MATTER OTHERWISE SUBJECT TO INDEMNIFICATION BY YOU, IN WHICH EVENT YOU WILL COOPERATE WITH US IN ASSERTING ANY AVAILABLE DEFENSES.

**PARTICIPATION IN PROMOTIONS**

From time to time, this site may include advertisements offered by third parties. You may enter into correspondence with or participate in promotions of the advertisers showing their products on this site. Any such correspondence or promotions, including the delivery of and the payment for goods and services, and any other terms, conditions, warranties or representations associated with such correspondence or promotions, are solely between you and the advertiser. We assume no liability, obligation or responsibility for any part of any such correspondence or promotion, and we do not sponsor, endorse or guarantee third party, their products or services.

Please review our Privacy Policy, which also governs your visit to and use of this Website, to understand our practices regarding any personal data we might collect from you and the cookies we use at the Website and why we use them. Our Privacy Policy is available www.skullcandy.com/privacy-policy. RISK OF LOSS All items purchased from the Website are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**TERMINATION AND EFFECT OF TERMINATION**

In addition to any other legal or equitable remedies, Skullcandy may, without prior notice to you, immediately terminate all of your rights granted under these Terms of Use. Upon any termination, you shall immediately cease all access to and use of the Website and Skullcandy shall, in addition to any other legal or equitable remedies, immediately revoke all password(s) and account identification issued to you and deny your access to and use of this Website in whole or in part. Any termination shall not

By using our site you agree to our Cookie Policy.

affect the respective rights and obligations (including without limitation, payment obligations) that may have arisen before the date of termination.

**INTERNATIONAL ACCESS**

This Website may be accessed from countries other than the United States. This Website may contain products or references to products that are not available outside of the United States. Any such references do not imply that such products will be made available outside the United States. If you access and use this Website outside the United States you are responsible for complying with your local laws and regulations.

**APPLICABLE LAW**

These Terms of Use, its subject matter and any disputes or claims arising from the use of this Website shall only be evaluated according to the law of the state of Utah. VOID WHERE PROHIBITED.

**CONTACT US**

If you have any questions about our Website, please contact us at dataprotection@skullcandy.com and/or 6301 North Landmark Drive, Park City, Utah 84098 USA.



By using our site you agree to our Cookie Policy.

Soundlab Rewards

Affiliates + Creators

Press Releases

© 2025, Skullcandy

Privacy Policy Terms of Use

Accessibility Statement

By using our site you agree to our Cookie Policy.

# EXHIBIT B

MISSION UPDATE: THE COUNTDOWN IS OVER — SHOP METHOD 360 ANC



# Privacy policy

Skullcandy, Inc. and each of its affiliated companies ("Skullcandy," "we," "us" or "our") is committed to respecting the privacy rights of all users of the Skullcandy.com website where this Privacy Policy is posted (each, a "Site") and persons who may contact Skullcandy at retail stores and customer service call centers, and through our contests, sweepstakes, and online surveys or use of applications and/or software we may make available from time to time (collectively "Services"). Skullcandy has established and implemented this Privacy Policy to inform visitors to the Site and users of our services how we use and protect the information we collect through the Site and the Services. By visiting the Site or using any of the Services, you consent to Skullcandy's collection, use, disclosure, transfer and storage of information relating to you as set forth in this Privacy Policy.

**What kind of information do we collect?**

There are cases where Skullcandy may ask you for personal information, such as your name, address, date of birth, gender, email address, etc. We do this for instance when you register for contests/promotions, respond to communication such as e-mail, and for services that require registration or subscription. If you would like to be on our mailing list, we will ask you to actively opt-in. We might also collect personal information from you about a third party, for instance if the website allows you to send an email referring someone to our site or an active promotion, in which case we need to know the name and e-mail address of the recipient. That information will only be

By using our site you agree to our Cookie Policy. X

- We may use 'cookies' to gather information about your visits to our website and enhance your experience. You can find more information on how we use cookies in the section 'Use of Cookies'.

- When you visit our website we may collect so called 'click stream' data (server address, domain name etc). This information can be combined with information you have provided to us (for instance by registering), which will enable us to analyze and better customize your visits.

**Information you provide to Skullcandy**

While Skullcandy does not generally require that you provide us with personally identifiable information in order to visit and use the Sites, please note that in order to participate in some activities, such as sweepstakes, contests and other promotions and chat rooms or bulletin boards, we may ask you to provide information that could reasonably be used to contact you or to identify you personally (such as first and last name, e-mail address, mailing address and telephone number) ("Personal Information"). We may also ask you to provide other information about yourself, such as demographic information (such as gender, geographic region, age, etc.) or certain information about your preferences and interests. If you choose not to provide such Personal Information or other information to us, you may not be able to participate in certain activities we offer. If we combine demographic or other information we collect about you with Personal Information about you, we will treat the combined information as Personal Information. We may offer opportunities to enter into promotions that we offer, on our own or jointly with a third party. Such Promotions may require registration and the disclosure of both Personal Information and non-Personal Information. In the event that a promotion is offered jointly with a third party, as a result of your participation in such promotion, your Personal Information and non-Personal Information may be shared with such third party, which sharing we will disclose to you at the time you provide your information. By entering a promotion, you are agreeing to the official rules that govern that promotion, which may contain specific requirements of you, including, except where prohibited by law, allowing the sponsor and/or other third parties connected to the promotion to use your name, voice and/or likeness in advertising and marketing materials. Therefore, always carefully read the rules of the promotion before entering.

By using our site you agree to our Cookie Policy.

In addition to any Personal Information or other information that you choose to provide to us via the Sites, whenever you visit or interact with the Sites, Skullcandy automatically collects certain information such as your IP address and/or another unique identifier ("Device Identifier") for the computer, mobile device, technology or other device ("Device") you use to access the Sites and any referring website. (A Device Identifier is a number that is automatically assigned to your Device when you access a website or its servers. Our computers identify your Device by its Device Identifier.) Some mobile service providers may also provide us or our third-party service providers with information regarding the physical location of the Device used to access the Websites.

In addition, Skullcandy, as well as certain third-party analytics and other service providers, may use a variety of technologies that automatically or passively collect information about how you use the Sites ("Usage Information"). Usage Information may include, in part, browser type, operating system, the page served, the time at which a page was accessed and/or the time spent on a page, and the preceding pages views. Usage Information is generally non-identifying, but if Skullcandy associates it with you as a specific and identifiable person, we will treat it as Personal Information.

**Information About Friends and Family**

When you share information and Site links, send or share Skullcandy promotions and marketing materials, or send products to family and friends and others, Skullcandy may collect the information you provide about those people such as name, address, email address and phone number.

**Information Shared on a Website or Network Owned and Controlled by a Third Party**

Functionality on the Sites may permit interactions between such Sites and a third-party website, such as enabling you to “like” a product or “share” content to third-party websites. If you choose to “like” or “share” content or to otherwise post information from or via the Sites to a third-party website, feature or application, that information may become public and the third-party web site may have access to information about you and your use of the Sites.

By using our site you agree to our Cookie Policy.

You may also choose to participate in a third party application or feature (such as one of our Facebook applications or a similar application or feature on a third-party website) through which you allow us to collect and share (or the third party to share) information about you, including Personal Information. The third party may allow you to remove the application or feature, in which case we will no longer collect information about you through the application or feature, but we may retain the information previously collected. In addition, we may receive information about you if other users of a third-party website give us access to their profiles and you are one of their "connections," or if information about you is otherwise accessible through your "connections" web page, profile page, or similar page on a social networking or other third-party website or interactive service.

**Use of visitors' information**

All personal information that we obtain about you will be recorded, used and protected by us in accordance with current data protection legislation and this privacy policy. We will primarily use your personal information to provide products and services to you and, for example:

- To administer a contest, promotion, survey or other site feature and to provide you with the relevant products or services (for instance to deliver a prize you may have won in a contest). You may be contacted by phone or email.

- To send you information/materials via e-mail or sms-messages about products, offers and news we think could interest you. This information may relate to products, offers and news of Skullcandy and/or its licensees or carefully selected commercial partners. We only send you this if you have opted-in to receive Skullcandy e-mails and/or sms messages. In case you do not want to receive any e-mails and/or sms messages from us anymore, or if you want to modify you personal data or want your personal data to be deleted from our database, we refer you to the 'Opt-out, delete or modify personal information' section below

- To analyze visits to the website and learn about the interests of our visitors in aggregate and also on personal level to better understand your interest and need, so we can improve our products and services and

By using our site you agree to our Cookie Policy.

deliver to you the type of content, features and promotions that you are most interested in.

**Who manages visitors' information**

The global and local websites of Skullcandy and the information collected, are managed and controlled by Skullcandy. The servers that make the global and local websites of Skullcandy available are located in the USA. If you are located outside the USA, please note that the information you provide will be transferred to the USA and by submitting the information you authorize this transfer. Skullcandy has entered into an agreement with a hosting company in the USA to provide sufficient safeguards for the protection of your data. Personal information will be handled in accordance with current data protection legislation and this Privacy Policy.

**Protection of visitors' information**

In order to protect the information you provide to us by visiting our website we have implemented various security measures. Your personal information is contained behind secured networks and is only accessible by a limited number of people, who have special access rights and are required to keep the information confidential.

Please keep in mind though that whenever you give out personal information online there is a risk that third parties may intercept and use that information. While Skullcandy strives to protect its user's personal information and privacy, we cannot guarantee the security of any information you disclose online and you do so at your own risk.

**Childrens' Privacy**

Our site is not intended for the use of children. We do not knowingly market to, or solicit data from, children. We encourage parents and guardians to monitor and participate in their children's online activities. No information should be submitted to our sites by users under the age of majority in their state or province of residence, and users under the age of majority are not permitted to register on the site, purchase products or participate in surveys, promotions or contests. Where appropriate, the company many ask you to indicate your age to verify compliance with these policies.

By using our site you agree to our Cookie Policy.

The company does not knowingly collect information from our guests under the age of majority or provide personally identifying information from such guests to any third party for any reason. We do not allow guests known to be under 18 years of age to receive direct marketing communications from company or third parties.

**Disclosing personal information to third parties**

Except as described in this policy, we do not sell, trade, or otherwise transfer your personal information to third parties without obtaining your explicit consent in advance and in accordance with applicable data protection law. You have the right to opt out of this sharing at any time. Your data may be transferred to web site hosting partners and other parties who assist us in designing and operating the website, executing services (for instance prize fulfillment) or help us analyze collected data. These parties will only use your data for the purpose of carrying out the work as indicated and will be required to keep the information confidential. We will also release personal data without consent if such is required by law, for security purposes, or to prevent imminent harm.

**Links to third parties**

For your convenience and to improve the usage of the website we insert links to third parties, for which this privacy policy does not apply. These links take you outside our service and off the Skullcandy site and are beyond our control. This includes links from partners that may use Skullcandy' logos as part of a co-branding agreement or sell Skullcandy products. Please note that these third-party sites are not endorsed or controlled by Skullcandy. The sites you can link to have their own separate privacy policy and although we seek to protect the integrity of our site, Skullcandy is not responsible and cannot be held liable for the content and activities of these sites. Your visit/access to these sites is therefore entirely at your own risk. Please note that these other sites may send their own cookies to users, collect data or solicit personal information.

**Use of cookies**

A cookie is a small string of information that the website that you visit

By using our site you agree to our Cookie Policy.

to follow your activity on the website and that information helps us to understand your preferences and improve your website experience. Cookies are also used to remember for instance your user name and password, which are encrypted for your security. You can turn off all cookies, in case you prefer not to receive them. You can also have your computer warn you whenever cookies are being used. For both options you have to adjust your browser settings (like Internet Explorer). There are also software products available that can manage cookies for you. Please be aware though that when you have set your computer to reject cookies, it can limit the functionality of the website you visit and it's possible then that you do not have access to some of the features on the website.

**Opt-out, delete or modify personal information**

You may cancel your registration at any time, and you can choose to opt-out of receiving any e-mails from Skullcandy. Additionally you can choose to have all your personal information deleted from our database. To exercise these rights, please contact us at dataprotection@skullcandy.com. We will respond to these requests within (30) days, as required by applicable law. You may cancel your registration at any time, and you can choose to opt-out of receiving any e-mails messages from Skullcandy. Additionally, you can choose to have all your personal information deleted from our database. If you want to opt-out, delete or modify your personal information, please visit the registration page. We encourage you promptly to update your personal information if it changes.

**California Privacy Rights**

If you are a California resident, you have the right to receive: (a) information identifying any third party or parties to whom Skullcandy may have disclosed, within the preceding calendar year, your personal information for that third party's direct marketing purposes; and (b) a description of the categories of personal information disclosed. To obtain such information free of charge, please write to us at Skullcandy, 6301 N. Landmark Dr., Park City, UT 84098, Attn: Legal Department, or submit your request to dataprotection@skullcandy.com. Skullcandy will respond to these requests as soon as possible, but no later than thirty (30) days after receiving the request. Requests that come to Skullcandy by other means may result in a delayed response.

By using our site you agree to our Cookie Policy.

California Online Privacy Protection Act Notice: Some web browsers incorporate a “Do Not Track” feature that signals to websites that you visit that you do not want to have your online activity tracked. How browsers communicate the Do Not Track signal is not yet uniform. For this reason, our Websites do not currently interpret, respond to or alter their practices when they receive Do Not Track signals. However, Skullcandy is committed to user privacy and is actively working towards supporting Do Not Track signals in the future. Please note that third parties may collect personal information about your online activities over time and across different websites when you visit our website or other online websites and services. To find out more about "Do Not Track," you may wish to visit http://www.allaboutdnt.com.

**Changes to the policy**

The terms of this Privacy Policy will govern the use of any information collected while it is in place. Skullcandy reserves the right to change this Privacy Policy at any time, without prior notice to you, and any changes will become effective immediately upon posting. Your continued use of the Sites after posting of any changes to this Privacy Policy will constitute acceptance of, and agreement to be bound by, those changes. So, please review this Privacy Policy periodically.

**How you can contact us**

If you have any questions or comments relating to our website and/or the privacy policy, please contact us or write to us: Skullcandy, 6301 N. Landmark Dr., Park City, UT 84098.

**Inquiry, Complaint, and Dispute Process:**

If you have any questions or concerns about this Privacy Policy or if you would like to make a complaint about a possible breach of local privacy laws, please contact us at dataprotection@skullcandy.com.

All such communications are examined and replies issued where appropriate as soon as possible. If you are unsatisfied with the reply received, you may refer your complaint to the relevant regulator in your jurisdiction. If you ask us, we will endeavor to provide you with information

By using our site you agree to our Cookie Policy.

about relevant complaint avenues which may be applicable to your circumstances.

**Company Communications:**

From time to time, Skullcandy may participate in marketing initiatives that include websites "powered by" another company on behalf of Skullcandy. As part of these initiatives, certain Skullcandy services and marketing communications may be delivered at the same time as those from other companies. Some of these services and communications offer you the option to share personal information with both Skullcandy and the other companies participating in these initiatives. For example, you may receive marketing communications from Skullcandy and other companies or have the opportunity to register online for products or services, such as software or apps from multiple companies. If you choose to provide personal information only to Skullcandy, Skullcandy will not share this information with the other companies participating in that marketing initiative without your explicit consent. If you choose to provide personal information to the other companies, that personal information will be handled according to the privacy policy of those companies, which may differ from this Privacy Policy.

**Your consent**

By using the Skullcandy website, you are acknowledging that you have read and understood this Privacy Policy and agree to be legally bound by it. If you do not agree with the terms of our Privacy Policy, please do not provide us with personal information and leave this website.

In addition, Skullcandy, as well as certain third-party analytics and other service providers, including but not limited to, VIPdesk Connect Inc., DigitalGenius, Zendesk Inc, FPS Inc., and VoiceBase may use a variety of technologies that automatically or passively collect information about how you use the Sites ("Usage Information"). Usage Information may include, in part, browser type, operating system, the page served, the time at which a page was accessed and/or the time spent on a page, and the preceding pages views. Usage Information is generally non-identifying, but if Skullcandy associates it with you as a specific and identifiable person, we will treat it as Personal Information.

By using our site you agree to our Cookie Policy.

**Online policy**

The Privacy Policy does not extend to anything that is inherent in the operation of the Internet, and therefore beyond Skullcandy's control, and is not to be applied in any manner contrary to applicable law or governmental regulation. This online privacy policy only applies to information collected through our website and not to information collected offline.

Help Center

Product Support

Warranty

Order Tracking

Contact Us

About

Music with a Mission

Soundlab Rewards

Affiliates + Creators

Press Releases

© 2025, Skullcandy

Privacy Policy Terms of Use

Accessibility Statement

By using our site you agree to our Cookie Policy.