Jared D. Scott, Utah State Bar No.: 15066
**Anderson and Karrenberg Law Firm**
50 W. Broadway, Suite 600,
Salt Lake City, UT 84101
Tel.: (801)534-1700
Email: jscott@aklawfirm.com

David S. Almeida
**Almeida Law Group, LLC**
849 W. Webster Avenue,
Chicago, Illinois 60614
Tel.: (708)437-6476
Email: david@almeidalawgroup.com

*Attorneys for Plaintiff Julie Jones*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JULIE JONES, *Individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiff,<br>v.<br><br>SKULLCANDY, INC.<br><br>    Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Case No. 2:25-cv-00184-JCB<br><br>Judge: Hon. Howard C. Nielson, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Julie Jones dismisses the above-entitled action against Defendant SkullCandy, Inc. in its entirety without prejudice.

DATED: May 28, 2025

/s *David S. Almeida*
David S. Almeida
Almeida Law Group
849 W. Webster Avenue
Chicago, IL 60614
Tel.: (708) 437-6476
david@almeidalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s *David S. Almeida*
David S. Almeida
Almeida Law Group
849 W. Webster Avenue
Chicago, IL 60614
Tel.: (708) 437-6476
david@almeidalawgroup.com